# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **CINCINNATI GLOBAL DEDICATED NO. 2 LIMITED** | § § § § | **PLAINTIFF** |
| **v.** | § § | **Civil No. 1:22cv41-HSO-BWR** |
| **1909 E. PASS RD., LLC.** | § § | **DEFENDANT** |

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above-captioned civil action is dismissed without prejudice.

**SO ORDERED** this the 19th day of October, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE